M. John Carson (SBN 41285)
e-mail:  jcarson@foley.com
**FOLEY & LARDNER LLP**
555 South Flower Street, Suite 3500
Los Angeles, CA 90071-2411
Telephone:  213.972.4500
Facsimile:  213.486.0065

JS-6

Attorneys for Plaintiff
THE WINSFORD CORPORATION

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| THE WINSFORD CORPORATION,<br><br>Plaintiff,<br><br>vs.<br><br>CENTRAL SPECIALTIES LTD.<br><br>Defendant. | Case No:  CV12-3343 RSWL (PJWx)<br><br>**STIPULATED CONSENT JUDGMENT AND PERMANENT INJUNCTION**<br><br>Judge:     Hon. Ronald S. W. Lew<br>Complaint Filed:  April 17, 2012 |
|---|---|

WHEREAS, plaintiff The Winsford Corporation ("Winsford") and defendant Central Specialties Ltd. ("CSL") have entered into a Settlement Agreement of all matters here in controversy and have agreed that all claims asserted in this action should consequently be terminated with an injunction against CSL,

IT IS HEREBY STIPULATED, by the parties, through their counsel, AND IT IS HEREBY ORDERED, by this Court, that:

1. The Court has jurisdiction over the parties and the subject matter of the dispute and the Settlement Agreement.

2. Winsford is the owner of a design ("Design Mark"), and that Design Mark is protected by United States Trademark No. 1,682,820 and California

1  Registered Trademark No. 90,138 ("Trademark Registrations").  Winsford owns
2  all right, title, and interest in the Design Mark and the Trademark Registrations.
3  The Trademark Registrations are valid, enforceable, and subsisting.
4          3. CSL, its agents, servants, employees, affiliates, successors-in-interest and
5  those in active concert or participation with any of them shall be, and hereby are
6  permanently enjoined from using any design or mark that is identical to or
7  confusingly similar to the Design Mark, including those designs featured in CSL's
8  "Sphere Style" and "Diamond Style" products as identified in the Settlement
9  Agreement.  As part of this injunction:
10          (a) CSL shall not make, have made, use, import, offer for sale,
11              advertise, sell or otherwise make available any product whose
12              design is identical to or confusingly similar to the Design Mark;
13              and
14          (b) CSL shall not assist or induce any other person or entity to make,
15              have made, use, import, offer for sale, advertise, sell or otherwise
16              make available any product whose design is identical to or
17              confusingly similar to the Design Mark.
18          4. This Court shall retain jurisdiction to consider and determine any breach
19  of the Settlement Agreement entered into between the parties hereto and those
20  parties agree that any matter arising out of or relating to that Settlement Agreement
21  shall be litigated in this Court.
22          IT IS SO ORDERED.
23
24      Dated: May 18, 2012                  _RONALD S.W. LEW_
25                                            Hon. Ronald S. W. Lew
                                              United States District Judge
26
27
28